**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**MARY J. CONEY**                                                                                          **PLAINTIFF**

**V.**                            **CASE NO. 4:06-CV-01039 GTE**

**ARKANSAS STATE UNIVERSITY – BEEBE,**
**BEN PICKARD, Vice Chancellor of Student**
**Affairs, in his official capacity**                                                                **DEFENDANT**

## ORDER ADMINISTRATIVELY TERMINATING CASE

The parties have represented to the Court that they have resolved by agreement all issues in this case. Although documents have been exchanged confirming the terms of settlement and releasing all claims, the settlement must be approved by an interim committee of the Arkansas legislature because it involves funds paid by a public entity. The parties have been able to determine when said committee will next meet. Although the parties are confident that the settlement will be approved and funded, it would be premature to dismiss the case with prejudice at this time.

Accordingly, with the consent of the parties, the Court concludes that this matter should be, and it is hereby, administratively terminated. The Clerk is directed to administratively terminate the action in his records, without prejudice to the right of the parties to reopen the proceedings, either to enforce the terms of settlement or, alternatively, to reopen the case and to proceed with the litigation if the settlement is not approved. Provided, however, that if no motion to reopen is filed prior to **December 31, 2007**, then this order shall be deemed a dismissal with prejudice of all claims made in this case.

IT IS SO ORDERED this  10th  day of May, 2007.

                                                 /s/ G. Thomas Eisele
                                      UNITED STATES DISTRICT JUDGE